■ In the Matter of J. RAYMOND FISHER, Appellant, v. MARTIN SCHENCK, as County Judge of Albany County, Respondent.— Appeal from an order of the County Court of Albany County, entered on December 9, 1971, which awarded counsel fees to the appellant pursuant to section 722-b of the County Law. The order entered in this proceeding is nonappealable pursuant to either the provisions of the CPLR or the CPL. Appeal dismissed, without costs. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.